| | | | |
|---|---|---|---|
| | AUSA: Eaton Brown | Telephone: (313) 226-9184 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Adam Christensen | Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Harry Peless

Case: 2:25−mj−30476
Assigned To : Unassigned
Assign. Date : 7/24/2025
Description: CMP USA v Peless (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 19, 2024 - March 6, 2025__ in the county of __Monroe__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Attempted transfer of obscene material to a minor |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Christensen, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 24, 2025

*Judge's signature*

City and state: Detroit, MI     Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Introduction and Agent Background

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child- exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 1470. I am authorized by law to request an arrest warrant.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Harry Marvelle Peless III** for violations of 18 U.S.C. § 1470, attempted transfer of obscene material to a minor.

3. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information,

1

and my experience, training and background as a Special Agent.

4. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Peless has violated 18 U.S.C. § 1470.

## Probable Cause

5. On or about September 19, 2024, an undercover law enforcement officer (UCO) employed by the Chester Police Department in Chester, New Jersey logged into a web chat application accessed via the internet (App-1) as a persona of a 13-year-old minor female from New Jersey with the name of [Name-1]. His initial message in the chat was provided as, "Hi 13/f/nj". One of the users that sent a message to the UCO was a user with username "Ohioguy18." Ohioguy18 asked if there was no school today to which the UCO answered that they were in school but bored. The UCO reiterated in the first chat that they were 13 years old and Ohioguy18 replied, "Thsta ok. We're just talking." Ohioguy18 also described himself as, "Im 49. From Ohio" and that he was, "A guy 6' 255 lt briwn haur blue eyes."

6. The conversation was then moved to another chat application (App-2) that is also accessed via the internet, where the user had the screen name "Scott". After the UCO confirmed they were talking to the same user as Ohioguy18 on App-

2

1, the UCO again advised they were 13 years old. The conversation continued between the UCO and Scott on App-2 nearly daily between Monday and Friday between September 19, 2024 and November 22, 2024. During these conversations the UCO would consistently advise Scott that they were 13 years old, Scott would acknowledge the UCO persona's age and would acknowledge that he would get in trouble if anyone found out about the relationship and Scott consistently set the tone in a sexual manner. For instance, a record of one of the conversations that occurred during this time period showed that Scott made the following statements to the UCO during the conversation:

- Scott: I want to put it in u
- […]
- Scott: Kissing u while I put my hand in ur pants
- […]
- Scott: Rubbing u
- Scott: Feeling ur smooth skin
- […]
- Scott: The folds of your pussy lips
- Scott: It's feel.so good baby

7. Another chat the occurred during this time period included the following:

3

- Scott:  We will meet [Name-1]. Promise
- Scott:  We're gonna go to bed together as make love
- UCO:  I hope n want it 2 scott
- Scott:  I wanna put my thing inside u
- UCO:  Hopefully soon scott
- Scott:  Hopefully.  Working on it.
- Scott:  ☺
- Scott:  It's gonna feel amazing
- Scott:  I wish u were home in bed. And we could naughty text

    8.     And a third example of the chats included:

- Scott:  This is gonna go inside u [talking about his penis]
- UCO:  omg it's sooo hot!!!!!
- UCO:  n big
- UCO:  i can't wait  soon right cause it's teasin the 13 year old girl!!!!
- Scott:  Soon. Yes. Soon.
- Scott:  Gonna make u a woman
- […]
- Scott:  Push my thing into you
- Scott:  Shoot my stuff in u
- UCO:  i though about it! i would love to have ur baby if u let me!

4

- UCO: pls!!!!!!

- Scott: Mmmmmm. Yesss!!!

- Scott: Get u pregnant

9. During this time period, Scott also provided images and videos of his penis and himself engaged in masturbation. He also provided a link to a personalized video chat room on Application 3 (App-3), which is also accessed via the internet. There he livestreamed himself masturbating. I have reviewed many of these images and videos and based on my training and experience, I believe they represent an attempt to transfer obscene materials to a minor in violation of Title 18 U.S.C. § 1470.

10. There was no communication between Scott and the UCO between November 19, 2024 and November 25, 2024. On November 26, 2024, Scott provided an explanation that his wife had located the App-2 application, that Scott had to delete the application, and his wife was upset over the incident. Thereafter, between November 27, 2024 and February 14, 2025, the conversations between the UCO and Scott were more sporadic.

11. On February 18, 2024, Scott reached out to the UCO and made the following statements: "I wish you were alone. My D is hard. I need u to touch it", "I wish u could crawl in bed with me", "A I been thinking about is sliding my d inside you", "[Name-1]? Have u rubbed yurself?" "Inwant u to rub", "Moan for me",

5

"Stretching ur tiny Lil hole", "Are u a lil wet down there?", "Slip a finger inside Like I wud", "Rub ur clit", and "When we do it... do u want me to wear a condom?"  Scott also provided multiple images of his penis during the conversation.

12. On February 20, 2025, Scott told the UCO that, "I gotta figure out a way to get u," after which the following conversation occurred:

- Scott:  I gotta figure out a way to get u
- UCO:  I need u
- UCO:  can u still?
- Scott:  I think so
- UCO:  plssss
- Scott:  U wanna run away?
- UCO:  as long dont get found out
- UCO:  can i be honest
- UCO:  u cant tell any1 promis
- Scott:  Of course
- Scott:  I promise
- UCO:  I do wat to runaway
- UCO:  dat bad
- Scott:  A little. But ur situation is a mess
- UCO:  u think

6

- Scott:  Grams is mean
- Scott:  No mom
- UCO:  how can i? i dont no to drive n if i get caught driving at 13 im screwed
- Scott:  I need to come get u
- Scott:  Pick u up
- UCO:  scot u have 2b honest w me
- Scott:  Leave NJ
- UCO:  if ur 4real then i will
- Scott:  I know babe

13. On another occasion, on September 24, 2024, Scott discussed his desire to travel to meet the UCO:

- Scott:  It's so hard babe. Thinking about you? It's throbbing
- UCO:  have to start learning!
- UCO:  well if ur 4 real to come here i would ove that
- Scott:  Mmhmm
- Scott:  I'd love to
- Scott:  Well have to figure that out how
- UCO:  i could try to get ther but might be touch since i'm 13
- Scott:  Would u want me to kiss you down there?
- UCO:  pls!!!! would ove but again can't come to my house!

7

- Scott: Ya. Hard fir u to travel

- Scott: I know. Not ur house

- Scott: A hotel

- Scott: U go to a friend's to sleep over. I pick u up.

- Scott: I wish I could see how cute u are

14. During these conversations, Scott provided information about himself to the UCO. As previously described, he stated that he was 49 years old and from Ohio. He said he was six foot tall and 255 pounds with light brown hair and blue eyes. He also stated in other conversations that he was married and has children in college. He also stated that he works on a boat in a big lake.

15. Law enforcement officers in Chester, New Jersey sought subscriber information from App-3 for the video chat room provided by Scott. On February 24, 2025, App-3 provided subscriber information for the chatroom that the owner's email was sc020@[redacted].com with a provided name of Scott Dell. The room had been created on June 11, 2024. IP logs for the room's owner were also provided.

16. Law enforcement officers in Chester, New Jersey sought the subscriber information for the email account associated with the App-3 chat room. The provider of that email account provided the subscriber information as being under the name Scott Dell with telephone number XXX-XXX-8373 with a creation date of June 11, 2024. A date of birth was provided by the user of January 1, 1974. IP logs for this

account were provided as well. These records showed that one IP address was used to login to the email address on February 20, 2025 17:39:33 UTC just prior to the same IP address being used to log in to the App-3 chatroom on February 20, 2025 17:40:31 UTC, further suggesting the user of these accounts is the same person.

17. Subpoenas were also served on the associated service provider for other IP addresses associated with the email account. Subscriber information for an IP address that was used on February 3, 2025, showed that the subscriber was Harry Peless, with a residence at an address associated with Peless in the Eastern District of Michigan.

18. Subscriber information for an IP address used on June 11, 2024 and January 13, 2025 included the same residential address that was associated with Peless.

19. Subscriber information for an IP address used on August 29, 2024 returned to an address for a U.S. Border Patrol facility in the Eastern District of Michigan, where Peless worked.

20. The Michigan Secretary of State was queried for Harry Peless and returned a driver's license record for Harry Marvelle Peless with date of birth January XX, 1974, and the residential address associated with Peless.

21. Based in part on the information provided above, a search warrant was authorized in the Eastern District of Michigan for Peless' residence, person, and

assigned lockers at Peless' workplace with U.S. Border Patrol. These warrants were executed on July 24, 2025. Peless was located at the Border Patrol Station. His cellular telephone was seized. Initial review of the phone showed that in Google Chrome, App-1 had previously been searched for. The telephone number associated with email address sc020@[redacted].com was saved in Peless' contacts under his wife's name.

## Conclusion

22.  Based on the foregoing, there is probable cause to believe that **Harry Marvelle Peless III** has attempted to transfer obscene material to a minor, in violation of 18 U.S.C. § 1470, and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated:   July 24, 2025