Judge Mark A. Goldsmith
United States District Court Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette, Blvd., Room 853
Detroit, MI 48226

Harry Peless III

Your Honor,

I am writing regarding Harry M. Peless III. Harry is my husband. We met at church when we were 14 years old. We dated in college and have been married for 28 years. We have two children, a son and a daughter, who are both young adults. Our son is married and graduated from college with a degree in microbiology. Our daughter is currently working on her college degree in exercise science. Our children received their desire to learn from their dad. Harry has never lost wanting to learn and study new things and our kids followed his lead on valuing knowledge and education. Harry served and studied in the Army and graduated from Brigham Young University with a bachelor's degree in international studies. Harry supported me as I obtained my college degree, as well as supported me as a stay-at-home mom for 12 years. He was also supportive and encouraging when I eventually went back to work full time.

Harry is a man of service. He has always strived to help others and to serve his family, friends, community, and church. Harry loves his family and it is an important part of who he is. Our parents were friends before we dated and got married so our families knew each other very well. Harry treated my parents like his own. My parents were a bit older than his parents and needed more assistance at times. After we moved back to Michigan and lived closer, Harry would provide service to my parents without being asked. When we were at their home and he saw something that needed to be done around their house or yard, he would step in and do it. Harry also helped his parents often with tasks around their home. When his dad had knee surgeries, he took time off work to be with his him and assist him in his recovery, and to give his mom a break. He would help his brothers and sister anytime they needed help as well. Harry has many nephews and nieces, and they love spending time with him. He has always been the "fun uncle." He would play board games with them, drive the boat on the lake so they could tube or water ski, and he would just spend time with them. Harry is a great dad who served his own children by devoting his time and attention to them while they were growing up. Even as adults, he made sure to support them in whatever endeavors they are working on. He would sacrifice sleep often to make sure he did not miss a single activity in our kids' busy lives from soccer, track, concerts, band, dance recitals, scouting, and whatever else our kids got involved in. Our kids knew that their dad cared about them and was their biggest supporter in everything they did. He was also always ready to take our family on adventures with road trips, camping, and fun

outings. He also served our family by always doing his best to provide for us. He worked the midnight shift for over a decade because it provided the most income for us and was the best schedule to allow him to be involved in all our kids' activities. He took care of our home and yard and made sure we were provided for. Harry was my biggest supporter when I lost two of my siblings and both of my parents over the past few years. He also helped my family with navigating whatever was needed during those difficult times.

Harry served his friends often. There were countless times that Harry helped a friend pack up a truck, assisted with a project, helped with a move, or gave a ride to the airport. Often, he was the one his friends would call or text for help with an answer to a question or for advice.

Harry served the community as an Eagle Scout and later becoming a Scoutmaster. He is an Army veteran, and a retired U.S. Border Patrol Agent. He served in the Army for seven years which included signing for another year immediately after 9/11 occurred. He served as a Border Patrol Agent for 22 ½ years.

Harry served in his church in several different capacities from helping with a Sunday school lesson, helping with set-up or clean-up for an activity, and assisting with rides to help church members attend church. These are just a few of the things he helped with. He was always active in his church and attended services every week.

I do not condone what he did. He did cause hurt, confusion, and stress. However, in his communication with me and his children, Harry has shown great remorse for what he has done and is aware of the pain and sadness that he has caused. He has communicated with me that he is prepared to work hard to better himself and has expressed that he wants to work hard to try to rebuild trust and relationships with myself and our kids. He understands that this will take time. Once I started communicating with him, I learned about struggles he was going through that I was unaware of. I am confident that he wants to work on his mental health and other issues he needs to deal with. He understands that this will take dedicated work on his part, as well patience and time for this family and friends. I would never have thought that we would be in this situation. He always showed kindness, support, and love to our family. Harry has grown closer to God through this experience as he has been spending a lot of his time reading scriptures. I first started communicating with him because I had questions regarding finances or the house. Eventually, I agreed to share verses and thoughts on scriptures with him. As we have done this, I have seen Harry's desire to change, and I have seen his growth, and it has helped me as well.

Judge Goldsmith, my hope is that you will see that Harry has taken responsibility for his actions and has a desire to get better and do better. Harry has told me that he plans to use

proper resources and support to help him with his mental health and other issues he needs to deal with. I do believe he is sincere and is able to do this. I hope that you will take this letter into consideration as you consider his sentencing.

Sincerely,

Kirsten Peless

Kirsten Peless

Judge Mark A. Goldsmith
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 853
Detroit, MI 48226

Your Honor,

My name is Harry M. Peless Jr. and I am writing to let you know more about my son, Harry M. Peless III. He is an Eagle Scout and, as an adult, has helped his son, nephews and many other boys become Eagle scouts. Harry received his bachelor's degree from Brigham Young University. His son and daughter-in-law graduated from Brigham Young University last year. His son currently is working in the nursing field in Detroit and his daughter-in-law is employed as a Spanish teacher. His daughter has two more years until she will also graduate from Brigham Young University.

Harry attended four years of early morning seminary instruction before his regular high school studies. He served a volunteer two-year mission in Paraguay for his church. His son, daughter-in-law and daughter also served missions.

Harry was in the Army and was discharged due to a serious accident in jump school. He later served in the Utah National Guard. He then became employed with the U. S. Border Patrol where he served for 22-1/2 years before his recent retirement.

He has never been in any kind of trouble before and has accepted that he is fully responsible for his current circumstances. He is a good person who, because of depression, did something wrong. My father, paternal grandmother and paternal great grandmother all suffered from depression. Harry began an anti-depressant shortly after incarceration and has acknowledged that it has helped. I hope you can see the good in him and that his sentence will reflect that.

Sincerely,

Harry M. Peless Jr.

Harry M. Peless Jr.

Harry M Peless III
10 April 2026

Judge Mark A. Goldsmith
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 853
Detroit, Michigan 48226

Dear Judge Goldsmith:

I am Harry Peless' uncle by marriage and I have known him from birth; our son is 5 weeks younger and they were both born in Sandusky, Ohio.

With the boys being the same age we spent many enjoyable times together. They had many of the same interests growing up and through high school and continue to have a close relationship. After college, work, and families most of our time together has. been in the summer, doing family activities. After Harry and his family moved to Michigan from Texas my wife and I would meet them at their place, they would come to our home or we would meet them at a halfway point to have dinner or lunch together every three or four months.

Harry has always been a very respectful nephew and we are still "Aunt Lois" and "Uncle Steve", not just Lois and Steve.

Harry has always been family oriented and ready to keep the family close by visits and traveling to see them. Some of his aunts and uncles are getting to be elderly and enjoy visits from their nieces and nephews which helps to keep them stronger. As an example when his (maternal) Aunt Opal was turning 80 in 2017 my wife planned a family get together and he and his family were one of the few nephews/nieces who traveled (about 2 hours one way in late November) to celebrate with her. She still talks about them being there for her.

Harry has always encouraged our grandchildren to keep up their studies and our grandson to attain the rank of Eagle Scout and was there to celebrate with him for his court of honor.

I was shocked by his crime - he is one of the last people I would have ever thought would be in such a situation. On the day he was arrested he had picked us up from the airport. He had also taken us to the airport and stored our vehicle for us while we were in England for 4 weeks.

While I haven't had the opportunity to talk to him in person or on the phone since that day; my wife and have sent him regular cards and letters each week since his incarceration. We were also at one of his court appearances and he looked very ashamed by his actions. He has always taken responsibility for his actions and I understand he has admitted to this error in judgement.

Judge Goldsmith, would you please consider all the good he has done for others and his family. He truly is a good nephew and a fine young man who has made a great mistake.

Thank you for your considering this letter. I love this man, his wife and family and have always thought of him as a second son.

Stephen J. DiMaria



Re: Harry Peless

Judge Mark A. Goldsmith
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 853
Detroit, Michigan 48226

Honorable Judge Goldsmith:

I am writing to you in support of Harry Peless for consideration during sentencing. My name is Jared Peless, Harry's brother. I work as a Lead Software Engineer for Ellucian making software for higher education institutions. Of course, as Harry's brother, I have known him my whole life and we have never been estranged or had strained relationships. We attended family functions for each other's families and for our remaining siblings and we typically had time together as brothers and my dad each year for several days for an event. I remain involved with Harry's family (my sister-in-law, nephew and his spouse, and niece). I have also met others who he interacted with often in his community roles.

While the case and evidence against my brother show characteristics that we don't approve of either societally or as a family, I do want to take a few minutes to let you know which characteristics dominated most of his interactions with others.

As a Border Patrol agent, he showed simple kindness and humanity shared with those who were arrested and detained for illegally crossing the border. Because his level of Spanish competence was well beyond the typical non-native Spanish speaker due to two years of intense use during a church mission to Paraguay, he could speak with detainees, many of whom had worries and concerns, to help them in their own time of trouble. There were numerous stories that shared this pattern.

As a leader in Boy Scouts of America, he helped dozens of young men build character and progress toward the rank of Eagle Scout, including at least one physically disabled young man. These young men are better for their current and future families, their communities, and our nation.

As a church goer, he regularly committed time and financially committed more than 10% of his income annually toward church related activities and charitable causes. This helped numerous families in need directly each year, especially when other sources of assistance were unavailable or unable to meet their needs.

As an uncle, he regularly encourages upright behavior in his nieces and nephews. While this may now be viewed as hypocritical, as it often is when we fall short of what we aspire to, my nieces and nephews are better for his influence in their lives.

As a father, he provides for his family and sees that their present and future needs are met. He does his best to help them be better than himself in society. His son is currently pursuing graduate education in the health field and his daughter is in her bachelor's studies.

As a son, he seeks to uphold familial expectations around being the oldest child and brings joy to my parents' hearts.

As his brother, I am both troubled and angry at Harry for the shortcomings that preceded his arrest and indictment and sentencing. When my younger brother told he of his arrest and the charges pending I was dumbfounded and blindsided. I accept that these were his actions that led to this situation and know what charges he faces. My siblings have shared portions of the indictment with me and I am saddened that some weak part of him showed up and he allowed it to have any place in his life.

I know these are not the defining characteristics of his life, however, and know the sum of his characteristics are overwhelmingly good for society. I also know he retains the support he requires to make amends for his failings and to not approach these types of behaviors again. He knows what he faces to attempt to restore broken trust with family, friends, and community members.

As you consider what sentence to deliver in this case, please recognize that once his time is served, he will return to an environment that does not tolerate the behavior that led to this and we will continue to work for his further rehabilitation and restoration.

I know his time apart from us weighs on my aging parents heavily.

Thank you for your time and consideration.

Regards,

*Jared Peless*

Jared Peless